IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01464-WDM-MEH

FLOYD LEE,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, *et al.*,

    Defendants.

## ORDER REGARDING SETTLEMENT CONFERENCE

    Defendant Life Insurance Company of North America has filed a motion to reschedule the settlement conference [Docket #35] on the ground that it wishes to have the conference in this case and the conference in Civil Action No. 06-cv-01687-REB-BNB held on consecutive days to save money. The conference in this latter case is set for April 11, 2007. Additionally, this Defendant indicates that a scheduling conflict has also arisen, due to proceedings which must be attended to by counsel in Denver County District Court. Plaintiff accurately contends that it was the Court's intention to conduct an early settlement conference in this case in an effort to save time and resources for both parties. The settlement conference originally set for December was moved to February, by the agreement of the parties, and now Defendant requests that it be moved to April, immediately before the close of discovery. The Court believes, based upon the record herein, that an attempt to settle the case should be made as soon as possible. It is the Court's experience that settlement conferences often require more than one session, and if the case does not settle at the first conference, the Court will endeavor to set a continuing settlement conference as close to that in No. 06-cv-01687 as possible. While the Court is sympathetic to the scheduling conflict which counsel for this Defendant has indicated, the Court notes that the conference date of February 22nd was indicated by

counsel to be an available date at the time the December conference was rescheduled. Therefore, the request for rescheduling will be denied. If, however, the Defendant can demonstrate that the conflict existed at the time the settlement conference was re-scheduled (*i.e.*, on December 1, 2006), the Court will reconsider its ruling in this regard. To proceed differently would not be a just result.

Finally, Defendant United Technologies Corporation requests that its representative be permitted to appear by telephone. Because a motion may not be contained in a response, and because there is no indication that Defendant conferred with the other parties concerning this issue, the Court will not address it.

WHEREFORE, for the foregoing reasons, Defendant Life Insurance Company of North America's Motion to Reschedule the Settlement Conference [Filed February 12, 2007; Docket #35] is **denied**. However, Defendant Life Insurance Company of North America shall have until 12:00 noon (MST) on Tuesday, February 20, 2007, to file any written documentation that would verify that a scheduling conflict existed in this regard on December 1, 2006.

Accordingly, the settlement conference currently scheduled for February 22, 2007, at 1:30 p.m., remains on the Court's calendar and shall be held as scheduled. Confidential settlement statements are due by no later than 12:00 noon (MST) on Wednesday, February 21, 2007, in accordance with the provisions of the Court's Minute Order of December 1, 2006 (Docket #18). Confidential settlement statements with attachments totaling over 15 pages shall be mailed or hand-delivered to Chambers at 901 19th Street, Rm A641, Denver, CO 80294.

Dated at Denver, Colorado, this 16th day of February, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge