IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01464-WDM-MEH

FLOYD LEE,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 20, 2007.**

    For good cause shown, and with no objection from opposing parties, the Defendant United Technologies Corporation's Motion for Leave for UTC's Corporate Representative to Attend the Settlement Conference by Telephone [Filed February 20, 2007; Docket #42] is **granted**.

    UTC's corporate representative does not have to call in to the Court to participate in the conference, but shall be continuously and immediately available by telephone whenever necessary beginning at 1:30 p.m. on Thursday, February 22, 2007, until verbally released by the Court. The representative shall have <u>full authority</u> to negotiate all terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."

    No person is ever required to settle a case on any particular terms or amounts. However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side.